UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 14-cv-80803-DMM

160 REEF ROAD LLC, a Florida Limited
Liability Corporation,

    Plaintiff,

v.

WELLS FARGO BANK, N.A., f/k/a
WACHOVIA BANK, N.A., a national banking
association, SCOTT NELSON, a Florida
resident,

    Defendants.
_____/

## NOTICE OF THE PARTIES' AGREED MEDIATOR SELECTION

Defendants, Wells Fargo Bank, N.A. f/k/a Wachovia Bank, N.A. and Scott Nelson, with the consent and agreement of the Plaintiff, 160 Reef Road LLC, (collectively, the "Parties"), by and through their undersigned counsel and pursuant to this Court's Order of Referral to Mediation, [DE # 28], hereby file this Notice of the Parties Agreed Mediator Selection. Specifically, the Parties agree on the following mediator for the instant case:

    John W. Salmon
    Salmon & Dulberg
    301 Clematis Street
    Suite 300
    West Palm Beach FL 33401
    (305) 371-5490 Phone

    FOX ROTHSCHILD LLP
    222 Lakeview Avenue, Suite 700
    West Palm Beach, FL 33401
    Telephone: (561) 835-9600
    Facsimile: (561) 835-9602
    wpbeservice@foxrothschild.com

    By:   /s/ Dori K. Stibolt
        Amy S. Rubin
        Florida Bar No. 476048

ACTIVE 27454898v1 09/18/2014

arubin@foxrothschild.com
Dori K. Stibolt
Florida Bar No. 183611
dstibolt@foxrothschild.com
*Attorneys for Wells Fargo Bank, N.A. and Scott Nelson*

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of September, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document was served via transmission of Notices of Electronic Filing generated by CM/ECF on all counsel of record on the Service List Below.

By: */s/ Dori K. Stibolt*
Dori K. Stibolt

## SERVICE LIST

United States District Court
Southern District of Florida
CASE NO: 14-cv-80803-DMM

| | |
|---|---|
| Edward V. Ricci<br>ricciteam@searcylaw.com<br>Jack Scarola<br>jscarolateam@searcylaw.com<br>Searcy Denney Scarola Barnhart & Shipley, PA<br>2139 Palm Beach Lakes Blvd.<br>West Palm Beach, FL 33409<br>Telephone:  (561) 686-6300<br>Facsimile:  (561) 383-9503<br><br>*Attorneys for Plaintiff* | Amy S. Rubin<br>arubin@foxrothschild.com<br>Dori K. Stibolt<br>dstibolt@foxrothschild.com<br>FOX ROTHSCHILD LLP<br>222 Lakeview Avenue, Suite 700<br>West Palm Beach, FL  33401<br>Telephone:  (561) 835-9600<br>Facsimile:  (561) 835-9602<br><br>*Attorneys for Wells Fargo Bank, N.A. and Scott Nelson* |

2